UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD CHRISTOPHER BROWN,<br><br>Defendant. | NO: 2:15-CR-0064-TOR<br><br>PROTECTIVE ORDER |

BEFORE THE COURT are the United States' Motion for Protective Order (ECF No. 26) and Motion to Expedite (ECF No. 27). The matters were submitted for consideration without oral argument. The Court has reviewed the motions and the file therein and is fully informed. For good cause shown, the motions are granted.

ACCORDINGLY, IT IS HEREBY ORDERED:

1. The United States will provide discovery materials on an on-going basis to defense counsel;

PROTECTIVE ORDER ~ 1

2. Defense counsel may possess but not copy (excluding the production of necessary working copies) the discovery materials, including sealed documents. A copy means a copy of the actual discovery, summarizing content of discovery, quoting from content of discovery, and providing it to the Defendant;

3. Defense counsel may show to, and discuss with, his client the discovery material, including sealed documents;

4. Defense counsel shall not provide original or copies of discovery materials directly to his client;

5. Defense counsel shall not otherwise provide original or copies of the discovery material to any other person, including subsequently appointed or retained defense counsel, but excluding any staff of defense counsel or investigator and/or expert engaged by defense counsel, who will also be bound by the terms and conditions of the Protective Order. If the discovery is provided to a Court appointed "expert" or investigator under the parameters of this Order, that expert or investigator is subject to this Protective Order and therefore subject to sanctions for violation of said Order;

6. Defense counsel shall not electronically transpose the contents of such discovery material onto any other stationary/paper or media including attorney letterhead;

PROTECTIVE ORDER ~ 2

7. The United States and defense counsel may reference the existence and content of sealed discovery material in open and closed court proceedings relevant to 15-CR-64-TOR;

8. The parties reserve the right to seek relief from the Protective Order should the need arise.

The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

**DATED** July 16, 2015.



THOMAS O. RICE
United States District Judge

PROTECTIVE ORDER ~ 3